# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM DONALD GOBLE, | ) | Case No. SACV 13-0120-JST (JEM) |
|           Petitioner, | ) ) | **J U D G M E N T** |
| v. | ) | |
| SANDRA HUTCHENS, etc., et al., | ) ) | |
|           Respondents. | ) | |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 1, 2013

                                   JOSEPHINE STATON TUCKER
                                   UNITED STATES DISTRICT JUDGE